Robert F. Brennan, Esq. (CSBN 132449)
**Law Offices of Robert F. Brennan, A P.C.**
2103 Montrose Ave., Suite D
Montrose, CA 91020
Telephone: (818) 249-5291
Facsimile: (818) 249-4329
Email: rbrennan@brennanlaw.com

Attorneys for Plaintiff JOE ALAMO, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ALAMO, JR., an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KEYLEX, INC. dba KEYES LEXUS, a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, TRANSUNIUON LLC, a business entity, form unknown and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:17-cv-07446<br><br>Assigned to:<br>S. James Otero, District Judge<br>Michael R. Wilner, Magistrate Judge<br><br>JOINT STATUS REPORT<br><br>Related Case, Cal. Superior Court Case No. BC 669773 |

　　　Since the last Joint Status Report, an arbitration hearing with Arbitrator Robert M. Dawson has been set for March 3-4, 2020, to occur in downtown Los Angeles. The last day to exchange a list of witnesses and documents between the parties has been set for February 7, 2020. Most of the depositions have been completed. The deposition of one of Mr. Alamo's treating doctors is to occur on December 19, 2019.

1
2  Dated: December 16, 2019          Respectfully submitted,
3                                    LAW OFFICES OF ROBERT F. BRENNAN, A P.C.
4
5                                    By:     /s/ Robert F. Brennan
                                            Robert F. Brennan, Esq.
6                                           Attorneys for Plaintiff
                                            JOE ALAMO, JR.
7
8  Dated: December 16, 2019          BISHTON GUBERNICK
9
10
11
12                                   By:  /s/ Jeffrey Gubernick
13                                       Jeffrey Gubernick, Esq.
                                         Attorneys for KEYLEX, INC.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

– 2 –
JOINT STATUS REPORT