UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **CV 17-7446 MWF (MRWx)**                            Date:  June 2, 2020

Title      **Joe Alamo Jr. v. Keylex, Inc., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:
Not Present                                                    Not Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 26, 2020, prior to the reassignment of this case to this Court, the Hon. S. James Otero issued a Scheduling Notice (the "SJO Notice").  (Docket No. 52).  Pursuant to the SJO Notice, a Status Conference was scheduled for June 8, 2020, at 8:30 a.m., and the parties were ordered to file a joint status report by May 25, 2019 [sic].  The joint status report has not been filed.

The Status Conference on June 8, 2020 is **VACATED** and no appearances shall be made.  The parties are ordered to meet and confer and prepare a joint status report.  Plaintiff is ordered to file the report, and show cause in writing no later than **JUNE 19, 2020,** as to why this action should not be dismissed for failure to comply with the Court's Order.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  This Order to Show Cause will stand submitted upon the filing of the response.  *Failure to respond to the Order to Show Cause will result in dismissal of this action*.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm