JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ALAMO, JR., an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KEYLEX, INC. dba KEYES LEXUS, a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, TRANSUNIUON LLC, a business entity, form unknown and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No.:  CV 17-7446 MWF (MRWx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT KEYLEX, INC. dba KEYES LEXUS AND THE ENTIRE CASE |

　　　　Plaintiff Joe Alamo, Jr. and Defendant Keylex, Inc. dba Keyes Lexus have announced to the Court that all matters in controversy between them have been resolved.

　　　　A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiff Joe Alamo, Jr. against Defendant Keylex, Inc. dba Keyes Lexus are in all
3  respects dismissed with prejudice.   In addition, since there are no remaining
4  defendants, the entire case is dismissed with prejudice.

6  DATED this 4th day of June 2020.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE